IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00400-BNB-MJW

LATIS NETWORKS, INC., d/b/a STILLSECURE,

Plaintiff,

v.

HOBOKEN WEB SERVICES, LLC d/b/a DATAPIPE,

Defendant.

_____

## ORDER
_____

This matter is before me on the **Stipulation for Dismissal with Prejudice** (docket entry 20, filed July 12, 2005). Consistent with the Stipulation:

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated July 13, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge